## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Comes now Your Affiant, Special Agent T.J. Worthen of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), first being duly sworn, now deposes and says:

1. I am an ATF Special Agent and have been so employed since January 2016. Prior to my employment with ATF, Your Affiant worked as a law enforcement officer for several agencies, beginning in 2003. I am presently assigned to the ATF Paducah Satellite Office. My duties include, but are not limited to, that of enforcing the federal firearms laws under Title 18, United States Code. I am a graduate of the Federal Law Enforcement Training Center, the James J. Rowley Training Center of the United States Secret Service, The Kentucky Department of Criminal Justice Training Center, the United States Federal Air Marshal Training Program and most recently the ATF National Academy, and as a result of my training and experience as a law enforcement officer, as well as an ATF special agent, I am familiar with federal criminal laws and federal firearm laws. During my experience with ATF, I have been involved in many investigations involving armed criminals and; as a result, I have become familiar with federal and state firearms laws.

2. This Affidavit is being submitted for the limited purpose of securing an arrest warrant for Manuel Antonio Xante-AJANEL (hereinafter "AJANEL"). Since this Affidavit is being submitted for the limited purpose of securing an arrest warrant for AJANEL, your Affiant has not included each and every fact known concerning this investigation.

3. Based on the facts of the investigation, your affiant has cause to believe that:

   a. On or about November 11, 2024, in the Western District of Kentucky, Graves County, Kentucky, and McCracken County, Kentucky, AJANEL

committed the offense of Aggravated Theft of Identity, in violation of 18 U.S.C § 102(8)(A).

b. On or about November 11, 2024, in the Western District of Kentucky, McCracken County, Kentucky, AJANEL committed the offense of False Statement During Purchase of a Firearm, in violation of 18 U.S.C. § 922(a)(6).

c. On or about January 31, 2025, in the Western District of Kentucky, Graves County, Kentucky, AJANEL committed the offense of Alien in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(5)

4. The statements in this Affidavit are either known to me personally, based on my personal involvement, information provided verbally to me by other law enforcement personnel, information received by a review of court documents and, records maintained by the National Crime Information Center (NCIC), Department of Homeland Security information systems, as well as my training and experience, and the training and experience of other law enforcement officers.

## PROBABLE CAUSE

5. In November 2024, your Affiant received information that a subject utilizing the personal identifying information of Victim 1, who was later identified by investigators as AJANEL, was suspected of providing a fraudulent driver's license during an attempt to purchase a firearm from local Federal Firearms Licensee (FFL) Academy Sports located at 150 McBride Ln, Paducah, KY 42001.

6. The records revealed that on November 11, 2024, AJANEL completed an ATF Form 4473 for the purchase of a Ruger pistol, model Security 9, 9mm, bearing serial number 387-

44227. AJANEL provided a Kentucky issued driver's license, identifying himself as Victim 1 for verification and submittal to the National Instant Criminal Background Check System (NICS). A denial for the firearm purchase was issued by NICS based on the identification being suspected as fraudulent. Your Affiant noted the identification was issued out of Graves County on July 26, 2024. Investigators were able to retrieve video from the in-store security camera system which captured the attempted transaction. Security video also revealed AJANEL was accompanied by his girlfriend Emily ALCOVER who was found to reside at 930 S. 14th Street in Mayfield, KY. AJANEL was also observed in the video driving a red in color, 2017 Chevrolet Silverado truck, bearing Tennessee tag 2EA475. Video captured AJANEL and ALCOVER arriving and departing the store in the vehicle.

7. Your Affiant learned the identifiers on Victim 1's driver's license belonged to a known convicted felon and gang member of the "Texas Syndicate" located in Corpus Cristi, Texas. A comparison of the two driver's licenses showed two different persons.

8. Your Affiant requested assistance from Homeland Security Special Agent (HSI) Special Agent William Howland who advised that HSI law enforcement databases revealed the subject portraying himself as Victim 1 (AJANEL) had previously been issued a second fraudulent Kentucky driver's license in the name of Victim 2 issued from Graves County on October 18, 2016. SA Howland learned the identifiers of Victim 2 also belonged to a known convicted felon/criminal from Corpus Cristi, TX.

9. SA Howland contacted the Kentucky Transportation Cabinet Driver's License Division, Hearing and Fraud Department located in Frankfort, KY. SA Howland learned that in December 2020, the Fraud Department flagged the Victim 1 identification for fraudulent activity

after discovering the newly issued Kentucky driver's license image matched the Kentucky issued driver's license image for Victim 2. On December 17, 2020, the Kentucky Transportation Cabinet sent notice to the respective addresses on file for Victim 1/Victim 2 citing revocation of the identification unless they requested a hearing. No response was ever received.

10. The Fraud Department explained that the subject claiming to be Victim 1 would only be able to obtain and/or renew his current driver's license while being flagged if someone in the issuing office intentionally removed the flag. SA Howland was provided copies of the Fraud Department's investigation that include the following:

- Detailed demographics of Victim 1 & Victim 2
- Driver History Evaluation Report of Victim 1 & Victim 2
- Image History of Victim 1 & Victim 2
- Signature Documents (ID application) for Victim 1 & Victim 2
- Special Hearing Record for Victim 1 & Victim 2

11. Investigators learned that AJANEL operated a Meta (Facebook) social media account with the username of Xante and last name of Victim 1. Information on the page also affirmed AJANEL to be the boyfriend of ALCOVER. Investigators suspected AJANEL to be a Guatemalan national in the United States illegally based on the fact AJANEL made numerous references to Guatemala in his Facebook account. SA Howland also located a school record where AJANEL identified himself to be from Guatemala.

12. On January 24, 2025, your Affiant and SA Howland met with Kentucky State Police Trooper Lukas Rice and Graves County Prosecutor John Cunningham to discuss the case for the purposes of seeking a search warrant related to state level identity theft charges. Trooper

Rice conducted additional investigative research and independently verified the true identities of Victim 1 and Victim 2; thus, further establishing the identifications issued from Graves County were obtained fraudulently. Trooper Rice also verified with the Transportation Cabinet in Mayfield, KY that to obtain a state issued driver's license, a Kentucky Resident Initial Applicant would have to provide a birth certificate, social security card, and proof of address. An applicant seeking initial transfer would have to provide a birth certificate, social security card, one to two proofs of address, and an out of state operator's license or out of state driver's history record. A state search warrant for AJANEL'S and ALCOVER'S residence and vehicle was applied for and issued. It should be noted that surveillance conducted by investigators confirmed AJANEL to reside at ALCOVER'S residence, as well as frequent departure in the early morning hours from the residence to his place of employment at Pilgrim's Pride Grain Facility, located at 1195 Macedonia Street, Mayfield, KY.

13. On January 31, 2025, at approximately 03:45 AM surveillance units observed AJANEL'S truck depart from his residence. AJANEL was followed to the parking lot of Pilgrim's Pride, arriving at approximately 04:00 AM. Trooper Rice, SA Howland, ATF Task Force Officer Samuel Adams, and your Affiant made contact with AJANEL, placing him under arrest for numerous felony state violations related to felonious identity theft and fraudulent firearm transaction activity in Graves and McCracken Counties. AJANEL'S vehicle was impounded and transported to KSP'S impound lot. A separate state search warrant was sought and issued for the vehicle; with the vehicle search occurring later in the day.

14. Prior to the interview, AJANEL verbally provided his identifying information to be Manuel Antonio Xante AJANEL, DOB: XX/XX/1999. AJANEL also told SA Howland he is a

resident of Guatemala.  Trooper Rice advised AJANEL of the Miranda warning and AJANEL confirmed he understood.  During questioning, AJANEL stated he tried to purchase a firearm to protect his family.  AJANEL also stated he purchased the identifying information for Victim 1 from a white guy at a soccer game, and the identifying information for Victim 2 was given to him. Trooper Rice transported AJANEL to the Mayfield Police Department for further interviewing and was accompanied by SA Howland.  During the interview AJANEL invoked Miranda, and the interview was terminated.  Trooper Rice transported AJANEL to the Graves County Detention Center.

15.    At approximately 07:33, your Affiant, SA Howland, ATF Task Force Officer (TFO) Samuel Adams, Trooper Rice, and other members of the KSP, executed the state issued search warrant of AJANEL'S and ALCOVER'S residence.  Troopers entered the residence and made contact with ALCOVER and her two children.  ALCOVER and the children were secured in the living room.  During the search investigators located the following:

- Two items of mail for "Victim 1"
- Amway card for Manuel Xante
- Anthem card for "Victim 1"
- Two Guatemalan passports
- Counterfeit Tennessee ID card
- Fraudulent Kentucky ID card
- Counterfeit North Carolina ID card
- Counterfeit social security card for E.R.
- Social security card of Victim 1

- Birth certificate for Victim 1
- Two receipts from the Guatemalan consulate in Columbus, OH
- Pilgrim's Pride Visa card for "Victim 1"
- Unknown plastic document for Manuel Xante
- Photograph of suspect with "Xante" printed on the photo
- Kentucky immunization records for Manuel Xante
- Graves County family court records for Manuel Xante
- Guatemalan official documents for Manuel Xante
- Pilgrim's Pride documents for "Victim 1"
- Smith and Wesson handgun Manufacturer's box for an SD9 pistol, 9mm, serial number EFN9619

16. At approximately 12:30 PM, investigators executed the previously mentioned state search warrant for AJANEL'S vehicle. During the search, Trooper Rice located the following:

- Smith and Wesson pistol, model SD9, 9mm, bearing serial number EFN9619 containing a magazine with nine (9) rounds of ammunition
- Two Pilgrim's Pride Identifications for Victim 1

17. On February 13, 2025, an ATF Interstate Nexus expert provided a verbal nexus determination on the Smith and Wesson pistol mentioned above. Based upon a description of the firearm provided by your Affiant to the ATF Interstate Nexus expert, it was determined the firearm was found to be a firearm as defined by federal statute, and not manufactured in the state of Kentucky. Based upon this information, concerning the location of manufacture for the firearms,

the presence of the firearm in Kentucky indicates that at some point the firearm traveled in or affected interstate or foreign commerce.

18. Therefore, based upon the foregoing, your Affiant has probable cause to believe that:

a. On or about November 11, 2024, in the Western District of Kentucky, Graves County, Kentucky, and McCracken County, Kentucky, Manuel Antonio XANTE-AJANEL, knowingly committed the offense of Aggravated Theft of Identity 18 U.S.C. § 1028A and;

b. On or about November 11, 2024, in the Western District of Kentucky, McCracken County, Kentucky, Manuel Antonio XANTE-AJANEL, knowingly made false statement as to material fact to a Federal Firearms Licensee, namely that he was a U.S. citizen and presented himself as Victim1, in violation of 18 U.S.C. § 922(a)(6) and;

c. On or about January 31, 2025, in the Western District of Kentucky, Graves County, Kentucky, Manuel Antonio XANTE-AJANEL, with knowledge that he had entered the United States unlawfully, knowingly possessed, in and affecting interstate and/or foreign commerce, a Smith and Wesson pistol, model SD9, 9mm caliber, bearing serial number EFN9619 and ammunition, in violation of 18 U.S.C. § 922(g)(5).

19. WHEREFORE, your affiant respectfully requests that a warrant be issued for the violations alleged herein.

Further your Affiant sayeth naught.

TIMOTHY WORTHEN
Digitally signed by TIMOTHY WORTHEN
Date: 2025.02.13 11:42:06 -06'00'

Special Agent TJ Worthen
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email.

Lanny King, Magistrate Judge
United States District Court

Honorable Lanny King
United States Magistrate Judge
United States District Court
Western District of Kentucky

Date: February 13, 2025