UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
JAMES J. VILT, JR. - CLERK
MAR 11 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

MANUEL ANTONIO XANTE-AJANEL
a/k/a JOSE ORLANDO PADILLA

INDICTMENT

NO. 5:25CR8-BJB

18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(g)(5)(A)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
18 U.S.C. § 1028A(a)
18 U.S.C. § 1028A(b)
18 U.S.C. § 1028A(c)(3)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Aggravated Identity Theft)*

On or about November 11, 2024, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **MANUEL ANTONIO XANTE-AJANEL** a/k/a JOSÉ ORLANDO PADILLA, during and in relation to a violation of Title 18, United States Code, Section 922(a)(6), knowingly possessed and used a means of identification of another person without lawful authority.

In violation of Title 18, United States Code, Sections 1028A(a), 1028A(b), and 1028A(c)(3).

The Grand Jury further charges:

## COUNT 2
*(False Statement During Purchase of Firearm)*

On or about November 11, 2024, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **MANUEL ANTONIO XANTE-AJANEL** a/k/a JOSÉ ORLANDO PADILLA, in connection with the attempted acquisition of a firearm, a Ruger, model security, 9 millimeter semi-automatic pistol, bearing serial number 387-44227, from Academy Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Academy Sports, which statement was intended and likely to deceive Academy Sports, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented he was a United States citizen.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

The Grand Jury further charges:

## COUNT 3
*(Possession of a Firearm by a Prohibited Person)*

On or about and between January 3, 2025, and January 31, 2025, in the Western District of Kentucky, Graves County, Kentucky, the defendant, **MANUEL ANTONIO XANTE-AJANEL** a/k/a JOSÉ ORLANDO PADILLA, knowingly possessed, in and affecting commerce, a firearm, that is, a Smith and Wesson, model SD 9, 9 millimeter semi-automatic pistol, bearing serial number EFN9619, and ammunition, with knowledge that he was an alien illegally and unlawfully in the United States.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Section 922(g)(5) and 922(a)(6), as alleged in Counts 2 and 3 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **MANUEL ANTONIO XANTE-AJANEL** a/k/a JOSÉ ORLANDO PADILLA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to, the Smith and Wesson, model SD 9, 9 millimeter semi-automatic pistol, bearing serial number EFN9619, and ammunition.

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:LAD (3.11.25)

UNITED STATES OF AMERICA v. MANUEL ANTONIO XANTE-AJANEL a/k/a JOSÉ ORLANDO PADILLA

## PENALTIES

| | |
|---|---|
| Count 1: | NL 2 yrs. (consecutive) |
| Count 2: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Count 3: | NM 15 years/$250,000/both/NM 3 yrs. Supervised Release |
| | Forfeiture |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

<u>**Failure to pay fine as ordered may subject you to the following**</u>:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:
Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:
Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:
Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.